JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 22-00966-DOC- ADSxDate: July 22, 2022

Title:   Cessia Walker et al v. Ford Motor Company, et al.

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Joshua Youssefi | Sabrina Narain |

**PROCEEDINGS:**  MOTION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT [7]

The case is called. The Court and counsel confer.

The Court hears arguments.

The Court GRANTS the Motion to Remand Case To Orange County Superior Court [7] due to lack of subject matter jurisdiction.

: 05
Initials of Deputy Clerk: kdu